UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK         ECF
-----------------------------------------------------------------------X
TRUSTEES OF THE UNITED WIRE METAL AND          Index:  07 CIV 6948 (VM)
MACHINE HEALTH & WELFARE FUND, UNITED
WIRE METAL AND MACHINE PENSION FUND and
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
LOCAL UNION 810,                               RULE 7.1

                              Plaintiffs,

   -against-


HYGRADE POLISHING & PLATING CO., INC.,

                             Defendant.
-----------------------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

     None.


Dated: July 26, 2007

                                                 s/Karin Arrospide
                                               Karin Arrospide, Esq.  (KA9319)
                                               Barnes, Iaccarino, Virginia,
                                               Ambinder & Shepherd
                                               258 Saw Mill River Road
                                               Elmsford, NY  10523
                                               (914) 592-1515