```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
TRUSTEES OF THE UNITED WIRE METAL    :
and MACHINE HEALTH & WELFARE FUND,   :
et al.,                              :
                                     :    07 Civ.6948(VM)
            Plaintiffs,              :
                                     :
      -against-                      :    ORDER
                                     :
HYGRADE POLISHING & PLANTING CO.,    :
INC.,                                :
            Defendant.               :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that service of process was made on defendant herein on August 16, 2007, and that the answer to the complaint was due by September 5, 2007. The Court's public file for this case contains no record that such answer has been made. Accordingly, it is hereby

**ORDERED** that plaintiffs herein is directed to inform the Court by January 22, 2008, of the status of this matter and plaintiff's contemplation with respect to further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:    New York, New York
          January 17, 2008

                                        _____
                                        VICTOR MARRERO
                                        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08