# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1105
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/08

RECEIVED JAN 23 2008

January 22, 2008

VIA FACSIMILE TRANSMISSION
(212) 805-6382
Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Trustees of the United Wire Metal, et al. vs. Hygrade Polishing, 07 Civ. 6948</u>

Dear Judge Marrero:

This firm represents Plaintiff-Trustees in the above-referenced matter and I write in connection with Your Honor's directive by Order sated January 17, 2008.

Defendant has not retained counsel in this proceeding and, unfortunately, the parties are unable to resolve this matter.

Accordingly, I write to inform the Court that the Defendant is in default and Plaintiffs intend to proceed with a motion for entry of default.

I sincerely apologize to the Court for this late submission. Thank you for your attention to this matter.

Respectfully submitted,

Karin Arrospide, Esq.

cc: Hygrade Polishing (via fax 718-472-4117)

---

The Court acknowledges plaintiff's response to the Court's Order, dated 1-17-08. Plaintiff may proceed to file for entry of default judgment on notice to defendant.

**SO ORDERED:**
DATE: 1-22-08
VICTOR MARRERO, U.S.D.J.