```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TRUSTEES OF THE UNITED WIRE METAL        :
AND MACHINE HEALTH & WELFARE FUND,       :
et al.,                                  :
                                         :
                    Plaintiffs,          :   07 Civ. 6948 (VM)
                                         :
    - against -                          :
                                         :
HYGRADE POLISHING & PLATING CO., INC.,   :
                                         :
                    Defendant.           :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

    In reviewing the Docket Sheet for this matter, the Court noted that there has been no recorded action or correspondence known to the Court regarding the status of the matter since January 23, 2008. At that time plaintiffs advised the Court that they intended to proceed to move for entry of a judgment by default. Accordingly, it is hereby

    **ORDERED** that plaintiffs are directed to inform the Court by April 15, 2008 of the status of the matter and whether any further litigation with respect to the action is contemplated. In the event the Court receives no response to this Order by the date indicated the case may be dismissed for lack of prosecution.

**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
           9 April 2008

                                            VICTOR MARRERO
                                              U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-08