# BARNES, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 433-2990
Fax: (516) 433-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213
April 16, 2008

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

VIA FACSIMILE TRANSMISSION
(212) 805-6382
Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-08

Re: <u>Trustees of the United Wire Metal, et al. vs. Hygrade Polishing, 07 Civ. 6948</u>

Dear Judge Marrero:

    This firm represents Plaintiff-Trustees in the above-referenced matter and I write in connection with Your Honor's directive by Order dated April 9, 2008.

    First and foremost, I apologize to the Court as I have only today seen the Order which required a response by yesterday's date. I have been out of the office physically out of the office and I do not have access to the firm's e-mail. I am only now aware of the deadline requirement.

    Defendant has communicated with me personally and through an attorney who is not formally retained on this matter. Although there have been extensive negotiations, we remain unable to resolve this matter. The reason for the inability to settle is simply Defendant's financial distress.

    I have made every good faith effort to resolve this matter without need of a motion, but, it remains a matter that cannot be disposed expeditiously.

    Accordingly, if the Court permits us to proceed, Plaintiffs intend to proceed with a motion for entry of default. The motion is being prepared today and will be mailed to the Court on or before April 17, 2008.

    Thank you.

Respectfully submitted,

Karin Arrospide, Esq.

> Plaintiffs are authorized to file forthwith a motion for entry of judgment by default upon notice to defendant. Such papers shall include full justification and documentation in respect of any damages sought.
>
> SO ORDERED:
> 4-16-08
> DATE   VICTOR MARRERO, U.S.D.J.