USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-08

MARRERO, J

APR 23 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE UNITED WIRE METAL AND
MACHINE HEALTH & WELFARE FUND, UNITED
WIRE METAL AND MACHINE PENSION FUND and
THE INTERNATIONAL BROTHERHOOD OF
TEAMSTERS LOCAL UNION 810.

       Plaintiffs,

-against-

HYGRADE POLISHING & PLATING CO., INC.,

       Defendant.

Index No.: 07-CIV-6948 (VM)

**DEFAULT JUDGMENT**

---

This action having been commenced on August 2, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Hygrade Polishing & Plating Co., Inc. on August 16, 2007 via Secretary of State and Proof of Service having been filed with the Clerk of the Court on August 30, 2007 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of **Sixty Eight Thousand Three Hundred Sixteen Dollars and Zero Cents ($68,316.00),** which includes the following: Benefit Fund Contributions due and owing in the sum of **$51,450.00** for the period February 2007, March 2007, and August 2007 through February 2008; liquidated damages calculated at 20% of the principal amount owed **($51,450.00)** in the sum of **$10,290.00**; interest at the rate 8% of unpaid principal amount of contributions owed **($51,450.00)** in

the sum of **$4,116.00** calculated through March 24, 2008; reasonable attorneys' fees in the sum of **$2,000.00** plus costs and disbursements of this action in the sum of **$460.00.**

**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, NYC, New York
       April 23, 2008

So Ordered:

_____
Honorable Victor Marrero, U.S.D.J.

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON